## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROSEANN VALLAMBROSO** ) | **CASE NO.:**   3:20-cv-1877 |
| ) | |
| **Plaintiff,** ) | |
| v.                                                         ) | **PETITION FOR REMOVAL** |
| ) | |
| **WALMART INC. & WALMART REAL** ) | |
| **ESTATE BUSINESS TRUST** ) | |
| ) | **DECEMBER 16, 2020** |
| **Petitioners/Defendants** ) | |
| ) | |

NOW COMES the Defendants, WALMART INC. AND WALMART REAL ESTATE BUSINESS TRUST hereinafter referred to as "Petitioners" and through their undersigned counsel respectfully petition this Honorable Court as follows:

1. Petitioners are Defendants in a civil action bearing Docket No. NNH-CV21-6109836-S pending in the Connecticut Superior Court, Judicial District of New Haven at New Haven (hereinafter, the "State Court Action"). The Return Date in the State Court Action is January 12, 2021. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2. The Complaint in this action sounds in negligence. In her Complaint, Plaintiff alleges that she was forcibly struck by a group of shopping carts pushed by an employee of Walmart when she was walking inside the Walmart store located at 120 Commercial Parkway, Branford, Connecticut on January 19, 2019. She was caused to fall onto the ground. The Plaintiff alleges that as a result of this Incident, she has suffered various serious and permanent personal injuries and losses *(please see Complaint, First Count, Paragraphs 9 - 12).*

3. The permanent injuries and losses claimed by the Plaintiff include; but are not limited to, aggravation of pre-existing rotator cuff tear, low back injury with pain radiating into

1

her right leg, left hip/buttock injury, and left wrist pain. In addition, she is claiming future medical expenses and that these injuries have completely diminished her activities. Further, she claims lost wages and impairment of her earning capacity.

    4.    This action is being removed to the District Court pursuant to Title 28, United States Code §1441(a). In support of this Petition for Removal, the Petitioner respectfully states and represents to the Court as follows:

    a.    By Complaint dated November 27, 2020, the Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioners Walmart, Inc., and Walmart Real Estate Business Trust on December 1, 2020 through the Petitioners' registered agent for service of process. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of New Haven at New Haven.

    b.    The Plaintiff is a citizen of the State of Connecticut and her permanent residence/domicile is at 1284 Dean Street, New Haven, Connecticut. **See, Exhibit A,**

    c.    Petitioner, Walmart, Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas.

    d.    Petitioner, Walmart Real Estate Business Trust is a business trust duly licensed and registered under the laws of the State of Delaware, with a principal place of business in Bentonville, Arkansas. There is complete diversity of citizenship between the Plaintiff and the member of the business trust. Walmart Inc. is the sole member and shareholder of Wal-Mart Real Estate Business Trust. Walmart Inc. is also the parent corporation of Wal-Mart Real Estate Business Trust. Walmart Inc. is a Delaware corporation with its principal place of business being Bentonville, Arkansas.

  e. In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. She further asserts a claim for future medical expenses, permanent disability, inability to perform her usual activities without pain, lost wages and impairment of hear earning capacity. Thus, the amount in controversy exceeds $75,000 exclusive of interest and costs.

  5. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners as outlined above and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

  6. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioner is subject to personal jurisdiction in Connecticut.

  7. Pursuant to 28 U.S.C. §1446(d), the Petitioner has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit B**.

WHEREFORE, based upon the foregoing, the Petitioners respectfully request that the State Court Action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of New Haven at New Haven, be discontinued.

>  Respectfully submitted,
>
>  DEFENDANTS/PETITIONERS,
>  WALMART, INC. & WALMART REAL ESTATE
>  BUSINESS TRUST
>
>
>  By: /s/ *Janice D. Lai, Esq.*
>      Janice D. Lai, Esq.(ct12135)
>      Ryan Ryan Deluca LLP
>      CityPlace II
>      185 Asylum Street, 6th Floor
>      Hartford, CT 06103
>      Juris No. 436612
>      Phone:  860-785-5150

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 16, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  Joseph Gillis, Esq.
  265 Church Street, Suite 203
  New Haven, CT 06510
  *Attorney for Plaintiff*
  amym@gillislawfirm.com

                /s/ *Janice D. Lai, Esq.*
                Janice D. Lai, Esq. (ct12135)